7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Bobby Earl Laughlin and Lori Ann Laughlin
*Debtor*

*Bankruptcy Case No.*
14–61646–abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
15–06012–abf

v.

**Tisha L. Morgan**
**Harrison H. Snelling**
**Chris A. Snelling**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is entered in favor of the Plaintiff and against the Defendants, Tisha L. Morgan, Harrison H. Snelling, Jr., and Chris A. Snelling; ORDERED, the Trustee may proceed to sell the property upon notice and order of the court; ORDERED, the Trustee's attorney fees of $2,500.00 shall be paid from the sale proceeds and the net balance shall be divided in four shares between the parties to this cause.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 7/7/15

Court to serve